# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00325-CV

**Kenneth R. Jacob and Blair Jacob, Appellants**

**v.**

**Neal Wood, Individually, and d/b/a Neal Wood Electric, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. GN402180, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Kenneth R. Jacob and Blair Jacob have filed a motion to consolidate this appeal, cause number 03-06-00325-CV, into cause number 03-06-00210-CV. Because the trial court orders granting summary judgment were merged into a single final and appealable judgment, we grant appellants' motion. The record and all pertinent documents from this appeal will be transferred into cause number 03-06-00210-CV. There will be no further activity in cause number 03-06-00325-CV.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson, and Pemberton

Consolidated

Filed: August 18, 2006